UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| TERESA BARON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO:  3:15-cv-00034-RLY-MPB |
| | ) |
| CANNELTON CITY SCHOOL BOARD, | ) |
| and DR. ALVA SIBBITT in his official | ) |
| capacity, and ROGER FISHER, in his | ) |
| official capacity, | ) |
| | ) |
|     Defendants. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the

Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this

cause of action DISMISSED, in its entirety and with prejudice.  Each party shall bear its own

costs and attorney fees.

SO ORDERED this   8th   day of March, 2016.



_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Benjamin R. Aylsworth
Kyle F. Biesecker
BIESECKER DUTKANYCH & MACER, LLC
baylsworth@bdlegal.com
kfb@bdlegal.com

Thomas J. Belcher
KELLEY & BELCHER, P.C.
tbelcher@kelleybelcherlaw.com